UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HOSPITALS,<br><br>        Defendant. | Case No. 21-cv-08813-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 31 |

Judgment is hereby entered consistent with the Court's Order Granting Motion For Judgment on the Pleadings,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 15th day of July, 2022.

                                          Mark B. Busby
                                          Clerk of Court

                                          By: _____
                                          Brittany Sims
                                          Deputy Clerk to the Honorable
                                          HAYWOOD S. GILLIAM, JR.